SPIESS,
*Petitioner/Cross-Respondent on Review,*

*v.*

JOHNSON,
*Respondent/Cross-Petitioner on Review,*
*and*

TEMPLEMAN et al,
dba Pendleton Professional Services,
*Respondents on Review.*

(TC 86254; CA A41991; SC S34965, S34975)

765 P2d 811

Theodore H. Heap, Portland, argued the cause and filed the petition for petitioner/cross-respondent on review.

Thomas M. Christ, Mitchell, Lang & Smith, Portland, argued the cause and filed the petition for respondent/cross-petitioner on review Richard H. Johnson, M.D.

Don G. Swink, Portland, argued the cause for respondents Terrell Templeman and Bruce S. Barnes, dba Pendleton Professional Services.

Affirmed by an equally divided court.